# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: WAGNER, WILLIAM J. | § Case No. 12-81338 |
| WAGNER, CHRISTINE P. | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN                     , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   327 South Church Street, Room #1100
   Rockford, IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/29/2012 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  09/06/2012          By:  /s/JOSEPH D. OLSEN
                                                                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| In re: WAGNER, WILLIAM J. | § | Case No. 12-81338 |
|---|---|---|
| WAGNER, CHRISTINE P. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.00 |
| *and approved disbursements of* | $ 75.00 |
| *leaving a balance on hand of* [1] | $ 4,925.00 |
| **Balance on hand:** | $ 4,925.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,925.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,250.00 | 0.00 | 1,250.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 27.00 | 0.00 | 27.00 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 637.50 | 0.00 | 637.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,914.50 |
| Remaining balance: | $ 3,010.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 3,010.50 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,010.50 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,461.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One, N.A. | 3,680.75 | 0.00 | 541.55 |
| 2 | PYOD, LLC its successors and assigns as assignee | 16,780.55 | 0.00 | 2,468.95 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,010.50 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                     Case No. 12-81338-MB
William J. Wagner                                          Chapter 7
Christine P. Wagner
       Debtors                   CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett             Page 1 of 2               Date Rcvd: Sep 14, 2012
                              Form ID: pdf006            Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2012.
db/jdb        +William J. Wagner,    Christine P. Wagner,    2641 Cadbury Circle,
                Lake in the Hills, IL 60156-6710
18722425       Alexian Brothers Medical Center,    Lock Box 22589,    22589 Network Place,
                Chicago, IL 60673-2965
18722426      +Alexian Brothers Medical Group,    3040 Salt Creek Lane,    Arlington Heights, IL 60005-1069
18722429     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
              (address filed with court: Chase,   Po Box 1093,   Northridge, CA 91328)
19351402       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
18722428       Centegra Hospital- McHenry,    PO BOX 1447,   Woodstock, IL 60098-1447
18722430      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18722431      +Chicago Prostate Center,    815 Pasquinelli Drive,    Westmont, IL 60559-1276
18722433       Elk Grove Radiology,    75 Remittance Drive,    Suit 6500,   Chicago, IL 60675-6500
18722435      +Malcolm S. Gerald & Associates,    332 S. Michigan Ave., Suite 600,    Chicago, IL 60604-4318
18722436      +McHenry County Treasurer,    Government Center,    2200 N. Seminary Avenue,
                Woodstock, IL 60098-2637
18722437       Provena Saint joseph Hospital,    PO Box 88098,    Chicago, IL 60680-1098
18722441     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    P.O. Box 790179,    Saint Louis, MO 63179)
18722438      +Umberto Ficarella, D.D.S., P.C.,    1120 W. Schick Road,    Bartlett, IL 60103-3007
18722439      +Unvl/citi,   Attn.: Centralized Bankruptcy,    Po Box 20507,   Kansas City, MO 64195-0507
18722442      +Wells Fargo Bank Nv Na,    Wells Fargo Card Services,    Po Box 9210,   Des Moines, IA 50306-9210
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18722427      +E-mail/Text: ally@ebn.phinsolutions.com Sep 15 2012 03:08:58      Ally Financial,
                200 Renaissance Ctr,    Detroit, MI 48243-1300
18722434      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 15 2012 02:50:00      Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
19355924      +E-mail/Text: resurgentbknotifications@resurgent.com Sep 15 2012 02:47:31
                PYOD, LLC its successors and assigns as assignee,    of Citibank,   Resurgent Capital Services,
                PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18722432*     +Chicago Prostate Center,    815 Pasquinelli Drive,    Westmont, IL 60559-1276
18722440*    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank,    425 Walnut St,    Cincinnati, OH 45202)
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2012**          **Signature:**   *Joseph Speetjens*

Case 12-81338   Doc 47   Filed 09/14/12   Entered 09/16/12 23:30:06   Desc Imaged
Certificate of Notice   Page 7 of 7

```
District/off: 0752-3          User: vgossett              Page 2 of 2                   Date Rcvd: Sep 14, 2012
                              Form ID: pdf006             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2012 at the address(es) listed below:

      James A Young   on behalf of Debtor William Wagner jyoung@youngbklaw.com, Jillian@youngbklaw.com;ylara@youngbklaw.com
      Joseph D Olsen   Jolsenlaw@comcast.net, IL46@ECFCBIS.com
      Joseph D Olsen   on behalf of Trustee Joseph Olsen jolsenlaw@aol.com
      Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov

      TOTAL: 4