**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: WAGNER, WILLIAM J. § Case No. 12-81338
WAGNER, CHRISTINE P. §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $200,352.00          Assets Exempt: $33,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,010.50     Claims Discharged
                                                Without Payment: $66,947.94

Total Expenses of Administration: $1,989.50

3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

                                    Document         Page 2 of 7

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $162,968.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,989.50 | 1,989.50 | 1,989.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,497.14 | 20,461.30 | 20,461.30 | 3,010.50 |
| **TOTAL DISBURSEMENTS** | $212,465.14 | $22,450.80 | $22,450.80 | $5,000.00 |

    4) This case was originally filed under Chapter 7 on April 02, 2012. The case was pending for 8 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/11/2012          By: /s/JOSEPH D. OLSEN
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Securities | 1229-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Us Bank | 4110-000 | 15,475.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank Nv Na Wells Fargo Card Services | 4110-000 | 22,436.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 118,808.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally Financial | 4110-000 | 6,249.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$162,968.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 27.00 | 27.00 | 27.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Yalden, Olsen & Willette | 3110-000 | N/A | 637.50 | 637.50 | 637.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,989.50 | $1,989.50 | $1,989.50 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One, N.A. | 7100-000 | N/A | 3,680.75 | 3,680.75 | 541.55 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 16,780.55 | 16,780.55 | 2,468.95 |
| NOTFILED | Provena Saint joseph Hospital | 7100-000 | 47.20 | N/A | N/A | 0.00 |
| NOTFILED | Malcolm S. Gerald & Associates | 7100-000 | 861.64 | N/A | N/A | 0.00 |
| NOTFILED | Unvl/citi | 7100-000 | 15,025.00 | N/A | N/A | 0.00 |
| NOTFILED | Umberto Ficarella, D.D.S., P.C. | 7100-000 | 462.60 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/capone | 7100-000 | 3,196.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 369.31 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital- McHenry | 7100-000 | 130.00 | N/A | N/A | 0.00 |
| NOTFILED | Elk Grove Radiology | 7100-000 | 647.94 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Alexian Brothers Medical Group | 7100-000 | 1,214.69 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 25,744.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Prostate Center | 7100-000 | 824.38 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Prostate Center | 7100-000 | 974.38 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $49,497.14 | $20,461.30 | $20,461.30 | $3,010.50 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-81338  
**Case Name:** WAGNER, WILLIAM J.  
WAGNER, CHRISTINE P.  
**Period Ending:** 12/11/12

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/02/12 (f)  
**§341(a) Meeting Date:** 05/14/12  
**Claims Bar Date:** 08/29/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 2641 Cadbury Circle, Lake in the Hills | 164,700.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking: Harris | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | Harris Checking: joint owner with son, Sean | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings: Harris | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Smith Barney savings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Tv's, Washer, Dryer, Stove, Refrigerator, Beds, | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | clothes | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Bonds Savings | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2011 Expected Tax Refund ** (See Footnote) | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2011 Expected Tax Refund ** (See Footnote) | 3,152.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2007 Pontiac G6 50,000 miles | 7,850.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2009 Chevy impala 22,000 miles | 11,750.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2002 Chevy silverado 158,000 miles | 2,800.00 | 0.00 | DA | 0.00 | FA |
| 14 | Securities (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 14 | **Assets Totals** (Excluding unknown values) | **$200,352.00** | **$5,000.00** | | **$5,000.00** | **$0.00** |

RE PROP# 9     ** on original petition  
RE PROP# 10    ** Amended Asset #9

---

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    May 31, 2013    **Current Projected Date Of Final Report (TFR):**    May 31, 2013

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-81338  
**Case Name:** WAGNER, WILLIAM J.  
              WAGNER, CHRISTINE P.  
**Taxpayer ID #:** **-***3295  
**Period Ending:** 12/11/12

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******75-66 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/20/12 | {14} | Christine and William Wagner | liquidation of securities | 1229-000 | 5,000.00 | | 5,000.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,975.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,950.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,925.00 |
| 10/29/12 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $637.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 637.50 | 4,287.50 |
| 10/29/12 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,250.00, Trustee Compensation;  Reference: | 2100-000 | | 1,250.00 | 3,037.50 |
| 10/29/12 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $27.00, Trustee Expenses;  Reference: | 2200-000 | | 27.00 | 3,010.50 |
| 10/29/12 | 104 | Capital One, N.A. | Dividend paid  14.71% on $3,680.75; Claim# 1; Filed: $3,680.75; Reference: | 7100-000 | | 541.55 | 2,468.95 |
| 10/29/12 | 105 | PYOD, LLC its successors and assigns as assignee | Dividend paid  14.71% on $16,780.55; Claim# 2; Filed: $16,780.55; Reference: | 7100-000 | | 2,468.95 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 5,000.00 | 5,000.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 5,000.00 | 5,000.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$5,000.00** | **$5,000.00** | |

Net Receipts :  5,000.00  
Net Estate :  $5,000.00

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # 9200-******75-66 | 5,000.00 | 5,000.00 | 0.00 |
|  | **$5,000.00** | **$5,000.00** | **$0.00** |

{} Asset reference(s)    Printed: 12/11/2012 08:42 AM    V.13.04